**424-15**

# ELECTRONIC RECORD

COA # 01-14-00173-CR     OFFENSE: 29.03 (Aggravated Robbery)

STYLE: Oliver Hughes v. The State of Texas     COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: 339th District Court

DATE: 03/26/2015     Publish: NO    TC CASE #: 1348998

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Oliver Hughes v. The State of Texas     CCA #: **424-15**

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 08/26/2015     SIGNED: _____    PC: _____

JUDGE: _per Curiam_     PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD